NO JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND; TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br>　　　　　Plaintiffs,<br>　　vs.<br>ADVANCED ALARM, INC., a California corporation; RONALD PERRY GEORGE JR., an individual; and EDWARD GERARD CORPUS, an individual,<br>　　　　　Defendants. | Case No. 15-cv-03853 MMM (RAOx)<br><br>ASSIGNED TO THE HONORABLE MARGARET M. MORROW<br><br>**[~~PROPOSED~~] JUDGMENT** |

1  This action having been commenced on May 21, 2015, and the Court having
2  approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the
3  Southern California IBEW-NECA Pension Plan, et al., and against defendants,
4  Advanced Alarm, Inc., a California corporation, Ronald Perry George Jr., an
5  individual, and Edward Gerard Corpus, an individual, and for good cause shown,

6  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs,
7  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
8  Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
9  County Electrical Educational and Training Trust Fund, Trustees of the Southern
10 California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the
11 National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the
12 National Electrical Benefit Fund, National Electrical Industry Fund, Trustees of the
13 Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund,
14 Administrative Maintenance Fund, and Los Angeles Electrical Workers Credit Union,
15 shall recover, from Defendant Advanced Alarm, Inc., a California corporation,
16 Defendant Ronald Perry George Jr., an individual, and ==Defendant Edward Gerard
17 Corpus,== an individual, jointly and severally, the principal amount of $37,509.55,
18 together with pre-judgment and post-judgment interest at the rate of 8% per annum
19 accruing from June 15, 2015, until the judgment is paid in full.

20
21 DATED: July 21, 2015    _____
22                          Margaret M. Morrow
                            UNITED STATES DISTRICT JUDGE